# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KERMIT TY POULSON,<br><br>Plaintiff,<br><br>vs.<br><br>HEIDI ULBRICHT, et al.,<br><br>Defendants. | CV-24-61-GF-JTJ<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the above-captioned cause is **REASSIGNED** to the Honorable Kathleen L. DeSoto. **IT IS ALSO ORDERED** that this case shall be venued in the Missoula Division of the District of Montana.

DATED this 2nd day of July, 2024.

_____
Brian Morris, Chief District Judge
United States District Court